AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RONALD GENE BURNEY, )<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>RENT-A-CENTER, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:07-CV-205-F** |

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that for the foregoing reasons, Rent-A-Center's unopposed Motion to Dismiss is ALLOWED and this action is DISMISSED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **April 16, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Ronald Gene Burney  
938 Porterville School Road  
Clarkton, NC 28433

Jerry H. Walters, Jr.  
100 N. Tryon Street, Suite 4150  
Charlotte, NC 28202

April 16, 2008  
Date

*Wilmington, North Carolina*

DENNIS P. IAVARONE  
Clerk of Court

/s/ Susan K. Enyart  
*(By) Deputy Clerk*